| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | ELLIOT C. WONG |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANJIT PUNIA, | CASE NO. 2:24-CV-01230 CKD |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| USCIS, ET AL., | |
| Defendant. | |

     Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's petition for asylee relative petition on behalf of his family, which has been pending since February 2020. U.S. Citizenship and Immigration Services ("USCIS") issued a Request for Evidence on June 25, 2024. Plaintiff's responses are due by September 23, 2024. The parties anticipate that USCIS will be able to issue a decision, thereby completing the adjudication of Plaintiff's application following the agency's receipt and review of the responses, which is expected to render this lawsuit moot.

///

///

///

///

///

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is November 22, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  July 30, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ ASHWANI BHAKHRI
ASHWANI BHAKRHI
Counsel for Plaintiff

[PROPOSED] ORDER

It is so ordered. The new date for Defendants to file an answer or other dispositive pleading is November 22, 2024.

Dated:  July 31, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
puni24cv1230.stip.eot